# United States Court of Appeals
# for the Fifth Circuit

---

No. 26-10045
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
August 11, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Edith Marie Dunn,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:25-CR-52-2

---

Before Clement, Engelhardt, and Wilson, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Edith Marie Dunn has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Dunn has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 26-10045

review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.